

## CHILD FOUNDATION

P.O.Box 1364

Clackamas, OR 97015

NONPROFIT ORG.
U.S. POSTAGE PAID
CLACKAMS, OR 97015
PERMIT NO. 1358

**Address Service Requested**

نشانی، شمارهٔ تماس و ایمیل‌های مراکز و دفاتر بنیاد در آمریکا، کانادا، اروپا و ایران (تهران)
## The address, e-mail address and telephone numbers
## for Child Foundation centers in Europe, United States of America,
## Canada and Iran

## MAIN OFFICE
11364 SE Highland Loop
Clackamas, OR 97015 USA

**Mailing Address**:
P.O. Box 1364
Clackamas, OR 97015 USA
Phone: (503) 698-4084
FAX :   (503) 698-1573
Email:
Main@ChildFoundation.org
www.childfoundation.org

## BRANCHES

## United States
**Southern California**
Phone: (949)754-0611
Email:
CFMain@ChildFoundation.org

**Texas**
Phone: (713)785-0030
Email:
CFMain@ChildFoundation.org

**Washington D.C.**
Phone: (202) 326-9000
FAX:    (202) 563-5498
Email:
CFDC@ChildFoundation.org

## Canada
2105-3070 Guilford Way
Coquitlam BC V3B & R8
Canada
Phone: (604) 552-0222
Email:
info@childfoundationcanada.org
www.childfoundationcanada.org

## Europe
**Switzerland**
Hirschparkweg 7
4800 Zofingen
Switzerland
Phone: +41-62-7514078
FAX:    +41-62-7522254
Email:
A_Djalili@ChildFoundation.org
www.childfoundationswiss.org

## Iran
**Tehran**
Khoramshahr St. (Apadana)
Golshan St.
Golzar Alley
No. 20
Tehran - Iran
FAX :   +98-21-8764771
Phone: +98-21-8502182
        +98-21-8502183
        +98-21-8502184
Email: Iranoffice@childf.com
www.childf.com

  

**HAMYARAN**
*Child Foundation*    *No. 4, March 2006*    *1*

---

*In The Name of Creator of Life and Wisdom*

## Editorial

Another blessed gratifying year has passed. A blessing year for our dear charitable sponsors and our hopeful appreciative sponsored. It was the year of the continuing support of the sponsors, the year of the expansion of the social workers' efforts and CF becoming more structured and developed.

In a small celebration, Child Foundation celebrated its 11th birthday for the first time in 1384 (April 2005) and once more expressed its gratitude towards its ambitious generous sponsors. The United Nation's ECOSOC granted the "Special Consultative Status" to Child Foundation in July of 2005 (1384), a status only granted to NGOs whose performance and activities are approved by the ECOSOC (Economic and Social Council). In the same year, CF expanded to a new branch location in Tehran (Tehran Branch) and paved the way for the entrance of close to 130 sponsored students to accredited universities. The number of sponsored children and sponsors at home and abroad kept rising and once more it was proved that this admirable welcome rises from the benevolent spirit and well-wishing nature of our dear sponsors.

After 11 years of hard work and sponsoring more than 3100 children over 21 different provinces, CF enters its 12th year of establishment and grows to bring the spring of life by bringing hope for a bright future in the hearts of its eager sponsored children living in the dark corners of their tiny humble homes. Spring of these children's lives when arriving, will be just as beautiful as the nature's. The spring of our country starts with the ancient triumphant Norooz and the helping hands of the sponsors who bestow the spring of knowledge and life on the talented needy children. Their helping hands guide the children from a defenseless life to a safe and secure refuge of knowledge and wisdom. Hamyaran sends its deep gratitude to all its kind-hearted sponsors at home and abroad and wishes them and their respected families a very happy joyful Norooz.

**Chief Editor**

## Content:

Numbers Talk!........................................................2
A Promising Light ................................................2
A Mirror of Trust ..................................................3
Essential Standards ...............................................4
The Convention on the Rights of the Child (CRC) .........5
CF and INCTR Together in the Fight Against Cancer ...6
With CF You Can Not Only Achieve Your Academic Goals but Become a Sports Champion ....................6
Jasmine Breeze .......................................................7
Summer Camps for the Sponsored Children .............8
Spiritual Happiness ................................................8
Donation of the Only Child of Two Successful Doctors' Birthday Gifts to CF ...........................................9
We Ought not to Rely on State Funding ..................10
Seeking a Sole Definition to Address Street Children....11
Constant Effort towards a Bright Future.................12



### Hamyaran Bonyad Koodak

(The internal periodical of Child Foundation, Iran)
*Under Tehran office supervision*

**Number 4, March 2006 (Norooz 1385)**

**Chief Editor:** Pedram Akbari
**Writer and reporter:** Amen Khademi
**Typesetter:** Eghameh Sabbaghi
**Translation to English:** Shohreh Moaveni, Dr. Ahmad Sharbat-Oghli
**Calligraphy:** Professor Mahmood Rahbaran
**Page Design:** Fereydun Hadian Dehkordi
**Pre-print and Print:** Bonyad-Resalat
**CF Central Office in Iran:** Tel.: (021) 88502182-4

### Shiraz Branch

Apt. 12, Dena Medical Complex, Haftom Tir St., Zand St.
Tel : (0711) 230-5763 , 233-0738
Fax: (0711) 233-0804
E-mail: shiraz@childf.com

### Kermanshah Branch

Apt. 9, Ejlalieh Mojtama, Parking Shahrday St., Modares St.
Tel : (0831) 729-6215 , 16
Fax: (0831) 729-6217        P.O.Box: 67145-1381
E-mail: kermanshah@childf.com

### Broujerd Branch

# 1, Shahid Ehteshami Alley, Hafez Cross, Shohada St.
Tel : (0662) 260-8003 , 5
Fax: (0662) 262-8979        P.O.Box: 579
E-mail: broujerd@childf.com

### Ardebil Branch

No 635, Khadem Hoseini Alley, Artesh Sq., Emam Khomeini St.
Tel : (0451) 771-8706
Fax: (0451) 772-4959        P.O.Box: 56135-861
E-mail: ardebil@childf.com

### Urmia Branch

Shahrake Farhangian (Next to Omid Hospital)
Tel : (0441) 384-7272
Fax: (0441) 382-4447
E-mail: urmia@childf.com

### Tehran Branch

No. 5, Rekabgardan Alley, Vali-e-Asr Ave., Raah-Ahan Sq.
Tel : (021) 55368373 , 55368374
Fax: (021) 55396131
E-mail: Tehran@childf.com





**HAMYARAN**
*Child Foundation*          No. 4, March 2006          **3**



*CF audited Finantial Report by Ernst and Young for 2004-2005 financial year*

Child Foundation prints its statements of financial operations in the Hamyaran magazine every year. This suitable action enables the generous sponsors to obtain information about the distribution of the donated funds by accessing the web site of the foundation or by directly contacting the headquarters of Child Foundation in Tehran.

The publication of the financial statements coincides with the annual audit of the Foundation by Ernst & Young International accounting institute.

According to the audited financial statements, Child Foundation's total payments as of May 31, 2005 were over 16,240,000,000 rials.

This figure shows an increase of 15.4% or 2,500,000,000 rials in payments as compared to the last year. This increase in the Child Foundation's total payments demonstrates the continued support of many generous Iranian sponsors' belief and commitment to the foundation's goals and activities which is to support the educational needs of thousands of deprived but intelligent children.

The audited financial report conducted by Ernst & Young for the Persian fiscal year ended in 10th of Khordad, 1384 (May 31, 2005) concludes that: "the financial statements present fairly, in all material respects, the financial position of the Refah Koodak Charity Institute as of 31 May 2005 and the results of its operations and cash flows for the year then ended in conformity with the Accounting Standards Generally Accepted in Iran."

The confirmation of the accuracy of the financial statements leads to an increase in the sponsor's trust and confidence in the honesty and integrity of the Child Foundation's personnel in delivering funds to the needy children.

The following table shows the total payments of the Foundation based on the audited financial report prepared by Ernst & Young accounting firm.

## EXPENSES OF THE 2004/2005 Fiscal Year

| Description | Amt Rials | Amt US Dollars |
|---|---|---|
| Payment to Sponsored Children | 10,944,564,113 | $ 1,243,700.00 |
| Payment to Charity Organizations and Educational Institutes | 3,497,001,413 | $ 397,387.00 |
| Payment to Sponsored Blind Children | 359,442,480 | $ 40,846.00 |
| Payment to Sponsored Children Suffering from Cancer | 764,240,320 | $ 86,845.00 |
| Payment for Housing for the Needy Families | 155,150,360 | $ 17,630.00 |
| Payment to College Students | 202,544,029 | $ 23,016.00 |
| Other Payments | 322,999,250 | $ 36,705.00 |
| **Total** | **16,245,941,965 Rials** | **$ 1,846,129.00** |