## Susan

| | |
|---|---|
| **From:** | Shahrzad Shafaghiha [sharzlaw@hotmail.com] |
| **Sent:** | Thursday, August 17, 2006 12:07 AM |
| **To:** | Susan |
| **Subject:** | RE: Dear Child Foundation Volunteer |

Dear Susan,

I would be interested in recruiting individuals to advertise in your publication. Please let me know where the magazine is distributed, how large the readership population is, and any other pertinent information necessary to obtain advertisements. Thank you.

Best Regards,

Shahrzad

(310) 498-4463

From: "Susan" <CF-Susan@childfoundationusa.org>
To: eskandari@t-online.de, afsanehfiouz@hotmail.com, "yz" <negar@yahoo.com>, sholehp6@cox.net, abazarmir@yahoo.com, zendegi38@hotmail.com, leilafeb@yahoo.com, "elam" <safaiea@yahoo.com>, foroughiranpour@yahoo.com, dralem@elink-mail.net, ninab2005@sbcglobal.net, sedimoheb@yahoo.com, leilaafshin@yahoo.com, mas30328@yahoo.com, khakbazan@yahoo.com, mariam.maynard@cox.net, e.sadri@yahoo.com, sepidehkarimi@yahoo.com, mandifazeli@yahoo.com, shahnam008@yahoo.com, sharzlaw@hotmail.com, lmahoori@yahoo.com, snassiri@yahoo.com, mfrezvani@yahoo.com, alirezazamani@yahoo.com, supercopy@gmail.com, blackstonesara@yahoo.com, taghdiri@mit.edu, "maryam" <32@hotmail.com>
Subject: Dear Child Foundation Volunteer
Date: Wed, 16 Aug 2006 15:41:10 -0700

Dear CF Volunteer:

As many of you are aware, *The Hamyaran* magazine is our most valuable publication. Unfortunately, it is also our most expensive to print. *The Hamyaran* is an indispensable guide to those who are interested in learning the details and logistics of CF sponsorship. It includes detailed information on our many special projects and how sponsor dollars are being used to help the children directly. Likewise, sponsors who have visited their children abroad share their experiences and stories as inspiration to others who might not be able to make the journey. To see an example of *The Hamyaran*, please go to www.childfoundationcanada.org (see *Magazine*).

The cost of printing this invaluable resource is notable. At present, we have no regular printing schedule, as often funds are not available as we would like. As always, our first priority is the children's immediate needs. This often means sacrifice in other areas.

As a solution to this obstacle, our Board has decided to offer advertising space in *The Hamyaran*. As a volunteer of CF, we are contacting you for your valuable assistance. If you would be willing to recruit individuals and/or businesses that would advertise in *The Hamyaran*, please get in touch with our office by August 29th.

Pricing information follows:

8/17/2006



**Child Foundation**

# *The Hamyaran 2006*
## Pricing Guideline

Established in 1994, Child Foundation is an international non-profit organization with the simple objective of helping children stay in school. This is achieved by providing food, shelter, clothing, educational needs, medical help, and other services to talented, needy children.

This year, for the first time, Child Foundation will offer advertising space for businesses interested in growing their customer base and expanding their product awareness, particularly within the Iranian community.

Child Foundation's bi-annual magazine, *The Hamyaran*, is proud to have a subscription base of over 8,000 sponsors worldwide. Our readers are individuals especially interested in supporting and networking within their own communities. These readers are typically sponsors who already demonstrate a generous spirit of giving. Their lack of awareness of your product or service could be the only barrier to them becoming one of your regular customers.

Because CF is a non-profit agency, our organization will only be selling advertising space until we have acquired the funds necessary to meet our printing costs. In fact, during this first year, we will offer a discount to businesses that will commit to an automatic renewal of their ad space.

*The Hamyaran's* next printing is scheduled for year's end 2006. Don't miss this opportunity to secure your place in this very special publication. Not only will you be planting the seeds that help grow your own business, but you will be supporting your community and the children who are our future.

| Pricing Guide: | Sponsor | Non-sponsor |
|---|---|---|
| Full page inside: | $600 | $700 |
| 1/2 Page: | $300 | $400 |
| 1/4 Page: | $150 | $200 |
| Business Card Size: | $100 | $150 |
| Cover - Inside Full Page: | $700 | $800 |
| Cover - Inside 1/2 Page: | $500 | $600 |
| | To review the latest Hamaryan magazine, please go to www.childfoundationcanada.com. | |

Dear CF Volunteer:

As many of you are aware, *The Hamyaran* magazine is our most valuable publication. Unfortunately, it is also our most expensive to print. *The Hamyaran* is an indispensable guide to those who are interested in learning the details and logistics of CF sponsorship. It includes detailed information on our many special projects and how sponsor dollars are being used to help the children directly. Likewise, sponsors who have visited their children abroad share their experiences and stories as inspiration to others who might not be able to make the journey. To see an example of *The Hamyaran*, please go to www.childfoundationcanada.org (see *Magazine*).

The cost of printing this invaluable resource is notable. At present, we have no regular printing schedule, as often funds are not available as we would like. As always, our first priority is the children's immediate needs. This often means sacrifice in other areas.

As a solution to this obstacle, our Board has decided to offer advertising space in *The Hamyaran*. As a volunteer of CF, we are contacting you for your valuable assistance. If you would be willing to recruit individuals and/or businesses that would advertise in *The Hamyaran*, please get in touch with our office by August 29th.

Pricing information follows:

| Pricing: | Sponsor | Non-Sponsor |
|---|---|---|
| Cover | $300 | $350 |
| ½ Page | $175 | $200 |
| ¼ Page | $100 | $120 |
| Business Card Size | $75 | $95 |
| Cover – Inside Full Page | $600 | $650 |
| Cover – Inside ½ Page | $400 | $450 |
| Full Page Inside | $500 | $550 |

For further assistance, please call our Volunteer Coordinators at the numbers below.

As always, we sincerely thank you.

**Susan Barmi** (Farsi) 503-698-4084
cf-susan@childfoundationusa.org

**Greta Petty** (English) 503-698-4084
cf-greta@childfoundationusa.org

*CF Volunteer Coordinators*