

HAMYARAN's
Child Foundation
No. 5

February 2008

✔ *This issue contains:*

- **Child Foundation's Reputation for Good Standing Continues**
- **Figures & Statistics Convey a Bright Future for Child Foundation**
- **Consultative Status with ECOSOC, UN Symbol of Honor**
- **Moving Forward with Child Foundation, USA**
- **CF's New Sponsorship Program in Afghanistan**
- **Updates on Bam Victims**
- **A House to be Hopeful**
- **"I Have Grown Up with Child Foundation"**
- **Hearts as Vast as the Oceans**
- **And more...**



*In The Name of Creator of Life and Wisdom*

## *Editorial*

Iranian heritage and culture has always recommending us to help impoverished people. Child Foundation (CF) has been supporting orphaned and divested students who are talented and also eager to learn and continue their education. This distinguished characteristic of CF, not only has brought honor for the directors and founders of this charity organization, but also has made the generous sponsors so proud of their assistance and the results of their sincere affection.

Expecting a bright future, CF has passed many years of ups and downs in its existence. Presently, this charity organization continues its sacred mission of helping needy and talented children. Introducing itself to the benevolent Iranians, CF tries to expand its activities and take more indigent but intelligent students under its auspices. A glance at the figures and statistics, including the increased number of the covered help-seekers which includes college students and the generous sponsors residing abroad or in Iran, demonstrates the success of CF in the last two years.

Over all, as there are still many talented students who are deprived of having educational needs met, CF is to attract more sponsors in order to be able to establish more branches all over the world to assist innocent children. Of course, CF and its philanthropic objectives should be introduced to more charitable people. HAMYARAN thanks all the readers who will present CF to the others, in advance. All the members of this magazine are wishing the bests for the generous and kind sponsors of CF for their continued cooperation in humanitarian activities as Hafez says:

Whenever you surrender your hearth to love it is a good moment

One should not hesitate to engage in a good deed.

**Chief Editor**

## Content:

☐ Child Foundation's Reputation for Good Standing Continues!—————————————2

☐ Figures and Statistics Convey a Bright Future for Child Foundation —————————3

☐ Moving Forward with Child Foundation, USA ———4

☐ Child Foundation, The Patients' Healing ———— 6

☐ Child Foundation's New Sponsorship Program in Afghanistan ————————————7

☐ Updates on Bam Victims ————————7

☐ A House to be Hopeful ———————————8

☐ Consultative Status with ECOSOC, UN Symbol of Honor ————————————————9

☐ I Have Grown up with Child Foundation ————9

☐ After I Died, Put the Sign of Child Foundation on My Chest ————————————————10

☐ Encouraging Sponsored Students ——————11

☐ Hearts as Vast as the Oceans ————————12



### *Hamyaran Bonyad Koodak*

(The internal periodical of Child Foundation, Iran)
*Under Tehran office supervision*

**Number 5, February 2008**

Chief Editor: Pedram Akbari
Editor Assistant: Saghar Pak Seresht
Typesetter: Eghameh Sabbaghi
Translation to English: Abbas Atapour, Ahmad Sharbat-Oghli, Phd.
Calligraphy: Professor Mahmood Rahbaran
Cover Photographer: Reza Jalali
(Thanks to Maryam Bakhshi)
Page Design: Fereydun Hadian Dehkordi
Pre-print and Print: Ravagh Printing
CF Central Office in Iran: Tel.: (021) 88502182-4

### Ardebil Branch

No 635, Khadem Hoseini Alley, Artesh Sq., Emam Khomeini St.
P.O.Box: 56135-861
Tel : (0451) 771-8706     Fax: (0451) 772-4959
E-mail: ardebil@childf.org

### Bam Branch

Edalat Sq., Zeid Ave., 2nd Shohada Alley
Tel : (0344) 231-0830     Fax: (0344) 231-4943
E-mail: bam@childf.org

### Broujerd Branch

# 1, Shahid Ehteshami Alley, Hafez Cross, Shohada St.
P.O.Box: 579
Tel : (0662) 260-8003 , 5     Fax: (0662) 262-8979
E-mail: broujerd@childf.org

### Kermanshah Branch

Apt. 9, Ejlalieh Mojtama, Parking Shahrday St., Modares St.
Tel : (0831) 729-6215 , 16     Fax: (0831) 729-6217
P.O.Box: 67145-1381
E-mail: kermanshah@childf.org

### Mashhad Branch

Unit 1, 1st Fl., # 15, 27Malek Abad Ave., Next to Gooya 1, Malek Abad Blvd.
Tel : (0511) 765-2423     Postal Code: 9186713881
E-mail: mashhad@childf.org

### Shiraz Branch

Apt. 12, Dena Medical Complex, Haftom Tir St., Zand St.
Tel : (0711) 230-5763 , 233-0738   Fax: (0711) 233-0804
E-mail: shiraz@childf.org

### Tehran Branch

No. 5, Rekabgardan Alley, Vali-e-Asr Ave., Raah-Ahan Sq.
Tel : (021) 55368373 , 55368374    Fax: (021) 55396131
E-mail: Tehran@childf.org

### Urmia Branch

Shahrake Farhangian (Next to Omid Hospital)
Tel : (0441) 384-7272     Fax: (0441) 382-4447
E-mail: urmia@childf.org



# Child Foundation's Reputation for Good Standing Continues

In the last fiscal year, as like the previous ones, Child Foundation's cash flows and deposit accounts have been audited by "Armoon Gostaran Pishgam" auditory institute. The reports on the accomplished auditory have been launched on Child Foundation's website. These reports are also ready at Child Foundation's main office in Tehran to be presented to the persons who are interested in our financial statements. The report concludes: "... the financial position of the Refah Koodak Charity Institute as of 31 May 2007 and the results of its operations and cash flows for the year then ended in conformity with the accounting standards generally accepted in Iran."

By considering the contents of this report not only do we realize that Child Foundation's trusteeship and sense of duty as an Iranian – International charity institute is verified by international under oath auditors, but also the importance of Child Foundation's rectitude for the officials of this institute – specially about the financial matters – is recognized. This point, which is extremely crucial and invariable for the CF officials, shows Child Foundation's respect to its honorable sponsors who modestly offer their generosity to the indigent children.

It is also worth to mention that among all the expenses of the institute, paying the pensions to more than 3500 sponsored children, which is 11'133'968'658 Rials, is on the top of the Distributable Funds. In addition, a glance over all the expenses in 2006-2007 fiscal year – totally 12'630'461'453 Rials – reveals how the kind affection of the sponsors and other companions of Child Foundation may affect the impoverished families' lives. Owing to these angels' sin-



cere support toward needy children, thousands of studious students would have the chance to study.



| | |
|---|---|
| Payment to Sponsored Children | |
| Payment to Sponsored College Students | |
| Payment to Charity Organizations and Educational Institutes | |
| Payment to Sponsored Children Suffering from Cancer | 58,584,270 |
| Emergency Payments to the Orphans | 253,940,060 |
| Other Payments Relevant to Charitable Purposes | 284,124,023 |
| **Total** | **11,657,929,165** |
| Other Official and Organizational Expenses | 972,532,588 |
| **Total** | **12,630,461,453** |

